Donald R. Fischbach #053522
Christopher D. Bell   #247082

**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    PELCO, a non-party witness in the captioned litigation.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LG. PHILIPS LCD CO. LTD., | ) | Case No.  1:07-mc-00009-SMS |
| Plaintiff, | )<br>) | **ORDER SHORTENING TIME FOR** |
| | ) | **NOTICE AND HEARING OF ITS** |
| v. | ) | **MOTION TO QUASH, OR** |
| | ) | **ALTERNATIVELY, MODIFY** |
| TATUNG COMPANY, et. al., | ) | **SUBPOENA DUCES TECUM AND** |
| | ) | **NOTICE OF DEPOSITION** |
| Defendants. | ) | |
| | ) | [FED. R. CIV. P. 45] |

Pursuant to Pelco's Ex Parte Application to Shorten Time for Notice and Hearing of its Motion To Quash, or Alternatively, Modify Subpoena Duces Tecum and Notice of Deposition and good cause having been shown, it is hereby ordered that the hearing on this matter (Motion to Quash) which was scheduled for  March 15 , 2007, be heard on March 19  , 2007, at 8:30a.m. in Dept. 7.

        IT IS SO ORDERED:


Dated:  3/12/2007

                                   /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER SHORTENING TIME**